IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BOCINA,<br>    Plaintiff,<br><br>v.<br><br>NORTHAMPTON COUNTY JAIL, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 24-CV-3262<br>:<br>:<br>: |

### ORDER

AND NOW, this 12th day of September 2025, upon consideration of the Motion to Dismiss and Brief in Support filed by Defendants Deb Scarpantonio, Colleen Hammerstone, Joy Bettuccio, and Sabrina Cassiolli (ECF No. 27), and Plaintiff Michael Bocina's Opposition thereto (ECF No. 32), it is **ORDERED** that:

1.    The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.    Defendants shall file a responsive pleading to the Second Amended Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**